IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE WASHINGTON SAVINGS BANK, an Illinois banking corporation, as Assignee of IFC Credit Corporation, an Illinois corporation, | ) ) ) ) ) | |
| Plaintiff, v. | ) ) ) | Case No. 06 C 3956 District Judge Hart |
| TISSUE PRODUCTS TECHNOLOGY CORPORATION, a Wisconsin corporation, PARTNER CONCEPTS DEVELOPMENT, INC., a Wisconsin corporation, RONALD H. VAN DEN HEUVEL, an individual, ECO FIBRE, INC., a Wisconsin corporation, and OCONTO FALLS TISSUE, INC, a Wisconsin corporation, Defendants. | ) ) ) ) ) ) ) ) ) | Magistrate Judge Nolan |

## GEORGE WASHINGTON SAVINGS BANK'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO AGREED ORDER

NOW COMES Plaintiff, GEORGE WASHINGTON SAVINGS BANK ("GEORGE WASHINGTON"), by and through its attorneys, BURKE & WHITE, PC, and moves this Court for the entry of a judgment against all Defendants. In support of its motion, GEORGE WASHINGTON states as follows:

1. On October 26, 2006 this Court entered an order that was agreed to by George Washington, on the one hand, and Defendants, Tissue Products Technology, Inc., Partner Concepts Development, Inc., Eco Fibre, Inc., Oconto Falls Tissue, Inc., and Ronald Van Den Heuvel (hereafter referred to as "Defendants"), on the other hand. Attached hereto as Exhibit A is a true and correct copy of the order entered.

2. Pursuant to paragraphs 3 and 4 of the Agreed Order, Defendants agreed and are obligated to pay George Washington the amount of $2,673,547.27 (free and clear of all claims and liens) no later than December 29, 2006.

3. Counsel for Plaintiff has learned from Defendants that the payment as provided for in the Agreed Order will not be made on or before December 29, 2006.

4. Pursuant to paragraph 4 of the Agreed Order, if payment is not made by December 29, 2006 Defendants agree to have a judgment entered against them in this cause in the amount of $2,673,547.27.

5. Because George Washington has not received the payment as provided in the order, George Washington is entitled to have a judgment entered against Defendants.

WHEREFORE, George Washington Savings Bank respectfully requests that a judgment be entered against all Defendants, jointly and severally, in the amount of $2,673,547.27 and for the entry of any further or other relief this Court deems just.

Respectfully submitted,

GEORGE WASHINGTON SAVINGS BANK

By: /s/ Karen A. White
One of its attorneys

Name: BURKE & WHITE, PC
Attorney for: Plaintiff
ARDC #: 06211787
Address: 5330 Main Street, Ste. 200
City/State/Zip: Downers Grove, IL 60515
Telephone: (630) 852-9197