IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE WASHINGTON SAVINGS BANK, an Illinois banking corporation, as Assignee of IFC Credit Corporation, an Illinois corporation, | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 06 C 3956 District Judge Hart |
| TISSUE PRODUCTS TECHNOLOGY CORPORATION, a Wisconsin corporation, PARTNER CONCEPTS DEVELOPMENT, INC., a Wisconsin corporation, RONALD H. VAN DEN HEUVEL, an individual, ECO FIBRE, INC., a Wisconsin corporation, and OCONTO FALLS TISSUE, INC, a Wisconsin corporation, | ) ) ) ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**GEORGE WASHINGTON SAVINGS BANK'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO AGREED ORDER**

NOW COMES Plaintiff, GEORGE WASHINGTON SAVINGS BANK ("Plaintiff"), by and through its attorneys, BURKE & WHITE, PC, and moves this Court for the entry of an agreed order. In support of this motion, Plaintiff states as follows:

1. On October 26, 2006 an agreed order was entered between Plaintiff and Defendants resolving the outstanding issues between these parties. Attached hereto as Exhibit A is a true and correct copy of the October 26, 2006 order.

2. Pursuant to the October 26, 2006 order, if Defendants failed to pay to Plaintiff a certain amount of money by December 29, 2006, a judgment in the amount of $2,673,547.27 was to be entered against Defendants and in favor of Plaintiff.

3. On December 29, 2006 Defendants were unable to make the payment to Plaintiff.

4. Accordingly, on January 3, 2007 an agreed order was entered between Plaintiff and Defendants agreeing to extend all terms (except the amount to be paid) of the October 26,

2006 order to and including January 31, 2007. A true and correct copy of the January 3, 2007 order attached hereto as Exhibit B.

5. Pursuant to the January 3, 2007 order, if Defendants failed to pay Plaintiff a certain amount of money by January 31, 2007, a judgment would be entered against Defendants in the amount of $2,679,143.76.

6. On January 31, 2007 Defendants were unable to make the payment to Plaintiff and has requested an extension of the January 3, 2007 agreed order.

7. Accordingly, on February 9, 2007 an agreed order was entered between Plaintiff and Defendants agreeing to extend all terms (except the amount to be paid) of the January 31, 2007. A true and correct copy of the February 9, 2007 order attached hereto as Exhibit C.

8. Pursuant to the February 9, 2007 order, if Defendants failed to pay Plaintiff a certain amount of money by February 28, 2007, a judgment would be entered against Defendants in the amount of $2,693,147.45.

9. Plaintiff has not received payment from Defendants as provided in the February 9, 2007 order. Consequently, Plaintiff is entitled to have a judgment entered in its favor and against Defendants in the amount of $2,693,147.45.

WHEREFORE, GEORGE WASHINGTON SAVINGS BANK respectfully requests that a judgment be entered against all Defendants, jointly and severally, in the amount of $2,693,147.45 and for the entry of any further or other relief this Court deems just.

>Respectfully submitted
>
>GEORGE WASHINGTON SAVINGS BANK
>
>By: /s/Karen A. White
>       One of its attorneys

Karen A. White
BURKE & WHITE, PC
5330 Main Street, Suite 200
Downers Grove, IL 60515
(630) 852-9197
ARDC No. 06211787